Same case below, 616 F.3d 767.

**No. 10-8866. Haley J. Thomas, Petitioner v. Willie Eagleton, Warden.**

562 U.S. 1297, 131 S. Ct. 1702, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2379.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 965.

**No. 10-8874. Taysir Sheika, Petitioner v. Paula T. Dow, Attorney General of New Jersey, et al.**

562 U.S. 1297, 131 S. Ct. 1702, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2313.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8883. W. X. C., Petitioner v. New Jersey.**

562 U.S. 1297, 131 S. Ct. 1702, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2383.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

Same case below, 204 N.J. 179, 8 A.3d 174.

**No. 10-8892. Antonio Frausto, Petitioner v. United States.**

562 U.S. 1297, 131 S. Ct. 1703, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2360.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8894. Steven Fausnaught, Petitioner v. United States.**

562 U.S. 1297, 131 S. Ct. 1703, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2218.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 380 Fed. Appx. 198.

**No. 10-8899. Wayman Audra Goodley, Petitioner v. United States.**

562 U.S. 1297, 131 S. Ct. 1703, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2280.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8901. Darnell Thompson, Petitioner v. United States.**

562 U.S. 1297, 131 S. Ct. 1703, 179 L. Ed. 2d 635, 2011 U.S. LEXIS 2348.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 313.